United States District Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| EDWARDO GARCIA, JR., §<br>    Plaintiff, §<br> §<br>v. §<br> §<br> §<br>EDWARD CADENA, §<br>    Defendant. § | Civil Action No. 1:24-cv-032 |

### ORDER

The Court is in receipt of the Plaintiff Edwardo Garcia, Jr.'s "Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i)" (Garcia's "Notice"). Dkt. No. 11. Given the Notice, the initial pretrial conference set for **June 10, 2024,** is **CANCELLED**.

**SIGNED** on this **7th** day of **June, 2024**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**