United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARDO GARCIA, JR., §<br>"Plaintiff," §<br> §<br>v. §<br> §<br>EDWARD CADENA, §<br>"Defendant." § | Civil Action No. 1:24-cv-00032 |

### ORDER GRANTING VOLUNTARY DISMISSAL

Before the Court is Plaintiff's "Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i)" (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims against Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on June 10, 2024.

_____
Rolando Olvera
United States District Judge